**COMPLAINT**
**Exhibit A**

Officer Parke
Mission Station
7/13 (415) 558-5457

**RECEIVED 7/29/15**

PARADE PERMIT APPLICATION
San Francisco Police Department
Field Operations Bureau, Hall of Justice

| | |
|---|---|
| TIME OF EVENT START: Noon  END: 4PM | DATE OF EVENT September 26, 2015 |
| TYPE OF STREET PARADE (DESCRIBE) "Nude-In" March | |
| SPONSORING ORGANIZATION None | |
| PURPOSE OF EVENT Declaration of Body Freedom | NUMBER OF UNITS 1 |
| STAGING AREA Jane Warner Plaza 17th St/Market/Castro | NUMBER OF VEHICLES 0 |
| DISPERSAL AREA Jane Warner Plaza 17th St/Market/Castro | NO. OF PERSONS WALKING OR RUNNING 50-100 |
| ROUTE Jane Warner Plaza Market St. (one lane only) to 9th St/Larkin North on Larkin (one lane only) to McAllister West on McAllister one block to Polk St. Photo-op (no planned speeches) in front of City Hall continue down Polk St to Market St. return to Jane Warner Plaza | |
| NAMES OF ALL STREETS TO BE USED (1) Market St (2) Larkin (3) McAllister (4) Polk | |
| OTHER ACTIVITY IN CONJUNCTION WITH PARADE Note! Parade is a "Nude-In" on the Saturday before Folsom Street Fair. We will only use 1 lane of Mkt St with practically no impact on Muni, "Nude-Ins" have been held in 2011, 2012, 2013 | |
| SOUND EQUIPMENT None | A SOUND PERMIT WILL BE OBTAINED YES ☐ NO ☒ |
| NAME OF SPONSOR None | EMAIL |
| HOME ADDRESS OF SPONSOR — | HOME PHONE |
| BUSINESS ADDRESS OF SPONSOR — | BUSINESS PHONE |
| NAME OF OTHER PERSON(S) TO CONTACT D. Gill Sperlein, Esq. (counsel for applicant) | EMAIL gill@sperleinlaw.c |
| ADDRESS Grove St., CA 94102 (gill@sperleinlaw.com) 404-6615 | PHONE (415) 404-6615 |
| NAME OF PERMIT APPLICANT George Davis | EMAIL george12357@yaho |
| HOME ADDRESS OF PERMIT APPLICANT 422 Valencia St. #310 SF, CA 94103  george12357@yahoo.com (415) 722-2968 | HOME PHONE (415) 722-2968 |
| BUSINESS ADDRESS OF PERMIT APPLICANT S/A | BUSINESS PHONE |
| NAME OF EVENT ORGANIZER George Davis | EMAIL george12357@yahoo. |
| HOME ADDRESS OF EVENT ORGANIZER 422 Valencia St. #310 SF, CA 94103 | HOME PHONE (415) 722 2968 |
| BUSINESS ADDRESS OF EVENT ORGANIZER S/A | BUSINESS PHONE |
| RELATIONSHIP OF THE APPLICANT TO THE SPONSOR | |
| PROOF APPLICANT HAS AUTHORITY TO ACT ON BEHALF OF THE SPONSOR — | |

Sgt. Ramos handling
Field Operations Bureau
(415) 575-7142  Sgt Manning or Sgt McCarthy
left Nichole message 8/3
(415) 837-7278
LVM - 7-28
8/3 message on vacation