# COMPLAINT
## Exhibit B

**PERMIT RECOMMENDATION**	San Francisco Police Department
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mission Station
　　　　　　　　　　　　　　　　　　　　　　　　　　　　415-558-5400

We have received the following application for Parade Permit at the indicated address.

| | |
|---|---|
| Organization: | **George M. Davis** |
| Location: | Jane Warner Plaza and indicated route |
| Event Date: | **September 26, 2015** |

The event for which you are seeking a permit would not be a parade and therefore does not require a permit. The Police Department does not require Parade permits for events with such a small number of people. Given the number of participants and the route proposed, the event can take place on the sidewalk.

**CAPTAIN DAN PEREA #474**
**COMMANDING OFFICER**
**MISSION POLICE STATION**

August 18, 2015

**AVERY PARKER #305**
**PERMIT OFFICER**
**MISSION POLICE STATION**