**COMPLAINT**
**Exhibit C**

September 1, 2015

Chief of Police Greg Suhr
San Francisco Police Department, Permit Section, Rm. 458
850 Bryant Street
San Francisco, CA  94103

**Via:  Hand Delivery**

*Re:  <u>Denial of Parade Permit Application</u>*

Dear Chief Suhr:

On July 20, 2015, my client George Davis, submitted an application for a parade permit to be held Saturday, September 26, 2015, noon-4pm.  On August 18th Captain Dan Perea, Commanding Officer of the Mission Police Station, and Avery Parker, Permit Officer of the Mission Police Station, denied the permit application on the following basis:

> "The event for which you are seeking a permit would not be a parade and therefore does not require a permit. The Police Department does not require Parade permits for events with such a small number of people.  Given the number of participants and the route proposed, the event can take place on the sidewalk."

The San Francisco Police Department Code includes the following comprehensive and detailed definition of a parade.

> "A 'parade' is an event, not including an athletic event, in which a group of persons proceed as a collective body for more than one block on any street in the City and County of San Francisco, whether on foot or in any type of vehicle or on an animal or animals, which event obstructs or interferes with the normal flow of vehicular traffic. An 'athletic event' is an event in which a group of people collectively engage in a sport or form of physical exercise on any street in the City and County of San Francisco, including but not limited to jogging, bicycling, racewalking, roller skating or running.  The following processions are not included in the definitions of a

September 1, 2015
page 2

> 'parade: (1) processions composed wholly of the military or naval forces of the United States or of the State of California; (2) processions incidental to a wedding or funeral; (3) processions composed of one or more governmental officials or candidates accompanied by security personnel to which such officials or candidates are entitled by virtue of their office or candidacy. Any event taking place entirely on property under the jurisdiction of the Recreation and Park Commission shall be exempt from this ordinance."

Nowhere in this definition does it state, or even imply, that there are minimum or maximum numbers of attendees for a parade. The City has simply imposed a new definition that includes a minimum number in order to deny my client a permit. This cannot stand.

The purpose of the parade is to be visible so that my client and his group can disseminate their particularized message. A sidewalk march will not achieve this goal. They are entitled to obtain a parade permit.

Please Issue the permit within the next 48 hours as provided for under the code. If you do not issue the permit because the applicant has not indicated a large enough number of people will attend, please inform me the exact number of people required to meet the Department's newly imposed minimum. Also, please provide me with documentation as to where the SFPD believes it obtained authority to change the permitting procedures by imposing a minimum number of participants before a permit will be issued.

The details of the event are as follows:

| | |
|---|---|
| Date: | 9/26/2015 |
| Time: | 12-4 p.m. |
| Sponsor: | George Davis |
| Purpose of the Event: | Annual Nude In Parade |
| Staging Area: | Jane Warner Plaza |
| Dispersal Area: | 1 Dr. Carlton B. Goodlet Place San Francisco City Hall sidewalk |

September 1, 2015
page 3

|               |               |
|---------------|---------------|
| Number of Vehicles: | None |
| Number of Persons:  | 50 to 100 |
| Route: | Jane Warner Plaza, Route - one lane of Market St. to 9th Street - North on Larkin to McAllister - West on McAllister to Polk St - South on Polk St to Market St. (with photo-ops in front of City Hall) - return down one lane of Market St. to Jane Warner Plaza (ending at 4pm) |
| Sound: | Bull horn only |
| Person in Charge: | George Davis, 422 Valencia Street #310 San Francisco, CA 94103 |
| Other Contact: | D. Gill Sperlein, Esq. 345 Grove Street, San Francisco, CA, 94102 415-404-6615 |

Please process the application within the next 48 hours and e-mail the approval or denial to me at the following e-mail address: gill@sperleinlaw.com. You may also send a hard copy to me at my business address.

Thank you,

*(signature)*

_____
D. GILL SPERLEIN
Attorney for George Davis


cc: Tara Steeley, Deputy City Attorney