Case 3:15-cv-04336-RS   Document 1-4   Filed 09/22/15   Page 1 of 2

# COMPLAINT
## Exhibit D

September 16, 2015

Chief of Police Greg Suhr
San Francisco Police Department
1245 3rd Street, 6th floor
San Francisco, CA  94158

Via:  Hand Delivery

Re:  **Parade Permit Application**

Dear Chief Suhr:

On September 1, I wrote requesting that you review a parade permit application that Mission Police Station refused to process, claiming that the event did not have a sufficient number of participants to be eligible for a parade permit.  I have enclosed a copy of my letter to you, the original application, and the "SFPD Permit Recommendation" indicating the application would not be processed.  I requested that you process the application and issue a permit within 48 hours.  I have received no further response.

The San Francisco Police Code provides that when a parade permit applicant requests for the Chief of Police to process an application that the SFPD has failed to process, the Chief must respond within 48 hours or the "application is deemed approved." S.F. Police Code §367(h).

Accordingly, we consider the application to be approved and my clients will proceed with the parade on September 26, 2015 following the schedule and route set forth on the application.  Please instruct field operations accordingly.

If the above does not comport with your understanding of the state of the pending application, please so advise immediately in writing.

Thank you,

D. GILL SPERLEIN
Attorney for George Davis

345 grove street, san francisco, ca 94102    p  415.404.6615    f  415.404.6616    gill@sperleinlaw.com