**COMPLAINT**
**Exhibit E**

# D. Gill Sperlein

| | |
|---|---|
| **From:** | Redmond, Michael (POL) [michael.redmond@sfgov.org] |
| **Sent:** | Friday, September 18, 2015 9:59 AM |
| **To:** | gill@sperleinlaw.com |
| **Subject:** | Parade permit |

Dear Mr. D.Gill Sperlin,

We are in receipt of your letter dated September 1, 2015, and September 16, 2015. We would like to clarify that your client's parade permit was denied on August 18, 2015, and remains denied.

In your September 1, 2015, letter, you assert that Captain Dan Perea erroneously denied a permit application submitted for Saturday, Sept. 26, 2015. Captain Perea denied the permit because "[t]he event for which you are seeking a permit would not be a parade and therefore does not require a permit. The Police Department does not require Parade permits for events with such a small number of people. Given the number of participants and the route proposed, the event can take place on the sidewalk." We have reviewed the application and the stated basis in which the permit application was denied and we stand by the Department's determination.
This particular assembly does not require a permit and may proceed on the sidewalk.

In your September 1, 2015, you also requested that the Department process the permit application and failure to do so would deem the permit application approved pursuant to Police Code 367(h). In your September 16, 2015, letter you assert that the Department's failure to process the permit within 48 hours automatically deems the permit approved. We disagree.

First, the Department had no obligation to act within 48 hours because the permit was denied on August 18, 2015. Police Code Section 367(h) states that if an application is not processed within the time specified in Subsection (f), the applicant may obtain approval of a permit application by providing the Chief of Police with two copies of a letter addressed to the Chief of Police, which letter sets forth the details of the proposed event and the date of the application and the fact that the application has not yet been processed. The applicant shall deliver one copy of the letter and have the second copy file-stamped as proof of having complied with this Section. If the Chief of Police does not process the application within 48 hours of delivery by the applicant of the letter described above, the application shall be deemed approved.
Police Code section 367(f) does not apply to the present situation because the Department processed the permit application and denied it within the time frame prescribed. You also acknowledged that SFPD denied your client's permit application in your September 1, 2015, letter . You stated "[o]n August 18th Captain Dan Perea …. and Avery Parker … denied the permit application…" (emphasis added). The Department did not fail to process the permit application and thus Police Code section 367(f) does not apply. Even assuming the Department did not deny the permit and instead failed to process the application your September 1, 2015, letter failed to comply with all the elements required in Police Code section 637(f). Your September 1, 2015, letter failed to state "the fact that the application has not yet been processed." The Department construed your September 1, 2015, letter as an appeal of the permit denial. Thus, the Department stands by its original determination and reaffirms its decision. The permit remains denied.

Regards,

Deputy Chief Redmond
Deputy Chief Michael Redmond

SFPD Operations Bureau
415-575-7142

CONFIDENTIAL NOTICE: This message is intended only for the use of the individual(s)to which it is addressed and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or any way using this message. If you have received this communication in error, please notify the sender and destroy or delete any copies you may have received.