# COMPLAINT
## Exhibit F

September 18, 2015

San Francisco Board of Supervisors
Committee on Parades
1 Dr. Carlton B. Goodlett Pl., Room 244
San Francisco, CA 94102

**Via: Hand Delivery**

**Re: <u>Emergency Appeal of Denial of Parade Permit Application</u>**

To: The San Francisco Board of Supervisors, Committee on Parades

I have the pleasure of representing George Davis. Mr. Davis on behalf of himself and others recently applied for a permit for a parade scheduled to take place on September 26, 2015. A copy of the application is attached as **Exhibit A**.

The San Francisco Police Department refused to issue a permit, stating that Mr. Davis and his group must walk on the sidewalk rather than on the street as requested. SFPD stated that the number of expected participants listed in application was not sufficiently large enough to meet the definition of parade. The refusal to issue the permit is attached hereto as **Exhibit B**. Further relevant correspondence is attached as **Exhibit C**.

Please note that the definition of Parade in the San Francisco Police Code is as follows:

> (e)    A "parade" is an event, not including an athletic event, in which a group of persons proceed as a collective body for more than one block on any street in the City and County of San Francisco, whether on foot or in any type of vehicle or on an animal or animals, which event obstructs or interferes with the normal flow of vehicular traffic. An "athletic event" is an event in which a group of people collectively engage in a sport or form of physical exercise on any street in the City and County of San Francisco, including but not limited to jogging, bicycling, racewalking, roller skating or running. The following processions are not included in the definitions of a "parade": (1) processions composed wholly of the military or naval forces of the United States or of the State of California; (2) processions incidental to a

> wedding or funeral; (3) processions composed of one or more governmental officials or candidates accompanied by security personnel to which such officials or candidates are entitled by virtue of their office or candidacy. Any event taking place entirely on property under the jurisdiction of the Recreation and Park Commission shall be exempt from this ordinance.  SFPC §366(e)

The definition does not include a minimum number of participants.  Nor is there any mention of a minimum number of participants in any other location of the Code.  Moreover, SFPD has refused to respond to my legitimate request to inform me of the minimum number of participants required to obtain a parade permit.  Finally, it should be noted that the SFPD's demand that Mr. Davis stay on the sidewalk, specifically takes his event outside of the definition of parade.  In other words, it is clear that SFPD has not simply imposed reasonable conditions on the parade - it has denied it altogether. The allowing the SFPD to redefine what constitutes a parade, while at the same time refusing to publish that definition creates a situation where the department has unbridled discretion.  For that reason and others, the SFPD's acts are clearly unconstitutional.

In order to avoid further legal proceedings to protect my client's interest, I respectfully request that the Committee on Parades overrule the SFPS's denial of Mr. Davis' parade permit application and immediately direct the Chief of Police to issue the permit.

**Because the date of the proposed parade approaches quickly, I ask that you consider and rule on this appeal by 5 p.m. on Tuesday, September 22, 2015.**

Thank you,

_____
D. GILL SPERLEIN
Attorney for George Davis

cc:   Dennis J. Herrera, San Francisco City Attorney
      Lawrence Walters, Esq.

# PROOF OF SERVICE

I, D. Gill Sperlein, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is The Law Office of D. Gill Sperlein, 345 Grove Street, San Francisco, CA 94102. I am personally familiar with the business practice of the Law Office of D. Gill Sperlein. On September 18, 2015 I served the following document(s):

**_Emergency Appeal of Denial of Parade Permit Application_**

By hand delivering a true copy thereof enclosed in a sealed envelope addressed to the following parties:

San Francisco Board of Supervisors
Committee on Parades
1 Dr. Carlton B. Goodlett Pl., Room 244
San Francisco, CA 94102

with a courtesy copy to

Dennis J. Herrera
San Francisco City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlet Place
San Francisco, CA 94102-4602

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: 9/18/2015