**COMPLAINT**
**<u>Exhibit G</u>**



**BOARD of SUPERVISORS**

**City Hall**
**1 Dr. Carlton B. Goodlett Place, Room 244**
**San Francisco 94102-4689**
**Tel. No. 554-5184**
**Fax No. 554-5163**
**TDD/TTY No. 544-5227**

*DELIVERED VIA: U.S MAIL*
*HAND DELIVERY*
*EMAIL*
*FAX*

The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco CA 94102

September 21, 2015

Dear Mr. Sperlein,

We are in receipt of your *Emergency Appeal of Denial of Parade Permit Application* dated September 18. 2015.

Appeal of Denial of Parade Permit Application

Article 4 of the Police Code (Sections 366 – 379) governs the process for the issuance of permits for parades in the City.  Article 4 provides that, once an applicant is informed of a denial of a Parade Permit by the Chief of Police, "[t]he applicant may appeal the denial of an application for a parade permit, or the imposition of conditions on the issuance of a permit, to the Committee on Parades, if such appeal can be timely made."  (Police Code § 371.)

The Committee on Parades is a committee designated by the Board of Supervisors to consider parade appeals.  (Police Code § 371.)  The committee currently responsible for considering parade permit appeals is the Public Safety and Neighborhood Services Committee of the Board of Supervisors.

"Timely Made"

We regret to inform you that your complaint is not timely made, and thus the Public Safety and Neighborhood Services Committee is unable to fulfill your request to determine a decision of the appeal by 5:00 p.m. on Tuesday, September 22, 2015.  The next regularly scheduled meeting of the Public Safety and Neighborhood Services Committee is October 1st.  Thus, the Committee cannot consider your appeal before September 26, the date of the event.

Very Truly Yours,

Angela Calvillo
Clerk of the Board of Supervisors

c: Members, Board of Supervisors
   Alisa Somera, Acting Legislative Deputy
   Derek Evans, Assistant Clerk, Public Safety and Neighborhood Services
   Jon Givner, Deputy City Attorney