UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

[12-cv-05841-EMC](#)
Hightowers v. City and County of San Franciscos

I find that the more recently filed case(s) that I have initialed below are not related to the case assigned to me, and such case(s) shall not be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 15-cv-04336-KAW | Davis v. City and County of San Francisco |  | X |

**ORDER**

DATED: 9/23/2015

By: _____
Edward M. Chen
United States District Judge