UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE DAVIS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 15-cv-04336-RS

**ORDER SETTING BRIEFING AND HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs' application for a temporary restraining order and for an order to show cause why a preliminary injunction should not issue will be heard on September 24, 2015 at 1:30 p.m. in Courtroom 3, before the undersigned. Any written opposition shall be filed no later than 9:00 a.m., September 24, 2015. Plaintiffs shall immediately provide a copy of this order by email and by hand delivery to the City Attorney's office, and shall file proof of service upon having done so.

**IT IS SO ORDERED**.

Dated: September 23, 2015

_____
RICHARD SEEBORG
United States District Judge