1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
3  TARA M. STEELEY, State Bar #231775
   Deputy City Attorney
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-4602
   Telephone:     (415) 554-4655
6  Facsimile:     (415) 554-4699
   E-Mail:        tara.steeley@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9  AND SAN FRANCISCO POLICE DEPARTMENT

10

11                           UNITED STATES DISTRICT COURT

12                          NORTHERN DISTRICT OF CALIFORNIA

13

| GEORGE DAVIS and OXANE "GYPSY" TAUB, | Case No. 3:15-cv-04336-RS |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND SAN FRANCISCO POLICE DEPARTMENT TO RESPOND TO THE COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, | |
| Defendants. | Hearing Date:  September 24, 2015<br>Time:          1:30 p.m.<br>Place:         Court Room 3, 17th Floor<br><br>Trial Date:    None set |

1    WHEREAS, Plaintiffs George Davis and Oxane "Gypsy" Taub ("Plaintiffs") served
Defendants City and County of San Francisco and San Francisco Police Department ("Defendants")
with their Complaint on September 23, 2015;

    WHEREAS, Defendants' response to the Complaint is due on or by October 14, 2015;

    WHEREAS, Plaintiffs and Defendants are currently pursuing settlement discussions that may resolve this litigation;

    WHEREAS, the resources of the parties and the Court would be wasted if Defendants pursue a Motion to Dismiss while settlement negotiations are on-going;

    WHEREAS, Defendants have requested and Plaintiffs have agreed to stipulate, pursuant to Rule 6-1(b) of the Local Rules for the United States District Court for the Northern District of California, to an extension of 45 days for Defendants to respond to the Complaint.

    NOW THEREFORE, Defendants City and County of San Francisco and San Francisco Police Department shall have a 45-day extension to respond to the Complaint in this action, making Defendants' response to the Complaint due on or by November 30, 2015.

    **IT IS SO STIPULATED:**

Dated:  October 5, 2015                    DENNIS J. HERRERA
                                           City Attorney
                                           WAYNE SNODGRASS
                                           TARA M. STEELEY
                                           Deputy City Attorneys

                                    By: /s/Tara M. Steeley
                                           TARA M. STEELEY

                                           Attorneys for Defendants
                                           CITY AND COUNTY OF SAN FRANCISCO and SAN
                                           FRANCISCO POLICE DEPARTMENT

Dated: October 5, 2015         D. GILL SPERLEIN
                               The Law Office Of D. Gill Sperlein


                               By: /s/** *D. Gill Sperlein.*
                                   D. GILL SPERLEIN

                                   Attorney for Plaintiffs
                                   GEORGE DAVIS and OXANE "GYPSY" TAUB

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

### [~~PROPOSED~~] ORDER

Good cause appearing, the stipulation of the parties is adopted by the Order of this Court. Defendants' time to answer or otherwise respond to Complaint is extended up to and including November 30, 2015.

**IT IS SO ORDERED.**

Dated: 10/7/15                  _____
                                The Honorable Richard Seeborg
                                UNITED STATES DISTRICT COURT